UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN IMHOTEP JORDAN JR.,

    Plaintiff,

    v.

LARRY E. SCRIBNER, et al.,

    Defendant(s).

No. C 07-3138 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Calipatria State Prison, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**SO ORDERED.**

Dated: July 11, 2007

                                PHYLLIS J. HAMILTON
                                United States District Judge